STATE OF NEW JERSEY v. RIGGIBERTO LISBOA.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MOISES BEAUCHAMP.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH CASTELLUCCI.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BILLY LANCASTER.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE THOMAS.

October 28, 1986.

Petition for certification denied.